ROSS, J.

REYES, M.J.

MEB
F. #2009R02175

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHAZAM HUSAIN,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. CR 19 - 242

   PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant SHAZAM HUSAIN's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
    May 29, 2019

                RICHARD P. DONOGHUE
                United States Attorney
                Eastern District of New York
                271 Cadman Plaza East
                Brooklyn, New York 11201

        By:   /s/ Mark E. Bini
                Mark E. Bini
                Assistant United States Attorney
                (718) 254-8761

Cc: Clerk of the Court
   Steve Zissou, Esq.