CR 19 242

ROSS, J.

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ MAY 29 2019
BROOKLYN OFFICE

REYES, M.J.

1. Title of Case: <u>United States v. Shazam Husain</u>

2. Related Magistrate Docket Number(s): <u>N/A</u>

3. Arrest Date: <u>Not yet arrested; voluntary plea to an information</u>

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>N/A</u>

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes   ☐ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☐ Yes   ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

RICHARD P. DONOGHUE
United States Attorney

By: _____
Mark E. Bini
Assistant U.S. Attorney
(718) 254-8761

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12